UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 17-21617-CIV-MORENO

ANDRES GOMEZ,

      Plaintiff,

vs.

KLIPSCH GROUP, INC.,

      Defendant.
_____/

## ORDER CLOSING CASE FOR STATISTICAL PURPOSES AND PLACING MATTER IN CIVIL SUSPENSE FILE

THIS CAUSE THIS CAUSE came before the Court upon a *sua sponte* review of the record.

Given the pending appeal of the recent decision from the Southern District of Florida in case number 16-cv-23020-SCOLA, the Court finds it advisable to place the cause in civil suspense until the Eleventh Circuit has issued an opinion. Accordingly, it is

**ADJUDGED** that:

I.    The Clerk of this Court shall mark this cause as closed for statistical purposes and place the matter in a civil suspense file.

II.    The Court shall retain jurisdiction and the case shall be restored to the active docket upon motion of a party if circumstances change so that this action may proceed to final disposition.

III.    This order shall not prejudice the rights of the parties to this litigation.

IV.     Plaintiff SHALL notify the Court by **October 8, 2017**, and every three months thereafter of the current status of the proceedings and when this action is ready to proceed.

DONE AND ORDERED in Chambers at Miami, Florida, this ___8th___ of August 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record